USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                Plaintiff,<br><br>-against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>                Defendant. | 1:20-cv-01453 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters dated March 17, 2020. ECF No. 6-7.

Defendant's request is hereby **GRANTED**. Defendant shall answer or otherwise respond to the Complaint on or before **June 2, 2020**.

**SO ORDERED.**

Dated:    March 18, 2020
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**