**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

INFORMED CONSENT ACTION NETWORK,          :
                                          :
                    Plaintiff,            :          20-CV-1453 (ALC) (OTW)
                                          :
                    -against-             :          **ORDER**
                                          :
CENTERS FOR DISEASE CONTROL AND           :
PREVENTION,                               :
                                          :
                    Defendant.            :
                                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

This case arises under the Freedom of Information Action, Title 5, United States Code,

Section 552. The parties are hereby **ORDERED** to submit a joint letter, no later than 30 days

from the date of this order (i.e., July 10, 2020) and not to exceed two pages, indicating whether

there is any need for discovery or an initial conference in this case. If there is no such need, the

parties should include in their letter a proposed briefing schedule for any motions, including

motions for summary judgment.

**SO ORDERED.**


Dated: June 10, 2020                        _s/ Ona T. Wang_____
        New York, New York                 **Ona T. Wang**
                                           United States Magistrate Judge