

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

October 2, 2020

**SO ORDERED:**

Application **GRANTED**.

_____
**Ona T. Wang**         10/5/20
United States Magistrate Judge

**By ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *Informed Consent Action Network v. U.S. Centers for Disease Control and Prevention*, 20 Civ. 1453 (ALC) (OTW)

Dear Judge Wang:

    I write on behalf of both parties to respectfully request a modification of the briefing schedule of the pending motion to dismiss while the parties attempt to voluntarily resolve the remaining disputed matters.

    The current briefing schedule is:

- October 7, 2020: CDC's motion for summary judgment and brief in support of its motion.
- November 11, 2020: Plaintiff's combined brief in opposition to the Defendant's motion and in support of its cross-motion for summary judgment.
- December 2, 2020: CDC's combined brief in opposition to any cross-motion and reply in support of its motion.
- December 23, 2020: Plaintiff's reply in support of its cross-motion.

The respectfully parties request the following revised schedule:

- October 21, 2020: CDC's motion for summary judgment and brief in support of its motion.
- November 25, 2020: Plaintiff's combined brief in opposition to the Defendant's motion and in support of its cross-motion for summary judgment.
- December 9, 2020: CDC's combined brief in opposition to any cross-motion and reply in support of its motion.
- December 23, 2020: Plaintiff's reply in support of its cross-motion.

The parties thank the Court for its consideration of this request.

        Respectfully,

        AUDREY STRAUSS
        Acting United States Attorney for the
        Southern District of New York

By:    /s/ Lucas Issacharoff
        Lucas Issacharoff
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2737
        Email: Lucas.Issacharoff@usdoj.gov