```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
-----------------------------------------X  ELECTRONICALLY FILED
```
**Informed Consent Action Network,**

DOC#: _____
DATE FILED: 12/14/2020

       Plaintiff,

       - against -

20-CV-01453-ALC-OTW

**Order**

**Centers for Disease Control and Prevention,**

       Defendant.
-----------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

       In light of the Stipulation and Order entered on November 23, 2020, by which the parties agreed to the voluntary dismissal of this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: New York, New York
       December 14, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge